JS-6

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWIN M. MESA PERUGACHI**, | Case No. 2:10-cv-04767-JFW-FMO |
| Petitioner, | |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES,** *et al.*, | |
| Respondents. | |

Before the Court is the parties' voluntary stipulation of dismissal without prejudice. Said stipulation is hereby granted.

**IT IS SO ORDERED.**

Dated: October 5, 2010   _____
JOHN F. WALTER
United States District Judge